IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALEJANDRA CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BURLINGTON COAT FACTORY WAREHOUSE CORP; AGREE LIMITED PARTNERSHIP; TRU 2005 RE I, LLC; and XYZ CORP. 1-2,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-304 |

**O R D E R**

Presently before the Court are the parties' "Stipulation to Dismiss Less than All Parties Without Prejudice," (doc. 33), and their subsequently-filed "Stipulation of Dismissal Without Prejudice," (doc. 34). In the former filing, the parties informed the Court that, pursuant to Federal Rule of Civil Procedure 41(a)(1), they all stipulated to the dismissal of Plaintiff's claims against Defendant Agree Limited Partnership ("Agree") without prejudice. (Doc. 33, p. 1.) In the latter filing, the parties state that, "[p]ursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the Plaintiff and Defendants that the above-captioned action is hereby dismissed without prejudice," with "each party [to] bear their own costs." (Doc. 34, p. 1.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss all of its claims against a particular defendant without a court order by filing a stipulation of dismissal signed by all parties who have appeared. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Jackson v. Equifax Information Servs., No. 1:19-cv-96, 2020 WL 476698, at *1–2 (S.D. Ga. Jan. 29, 2020). Accordingly, all of Plaintiff's claims against all Defendants have been dismissed without prejudice

and the Clerk of Court is **DIRECTED** to **TERMINATE** all Defendants and all pending motions and to **CLOSE** this case.

  **SO ORDERED**, this 23rd day of March, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA